# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 2:14-CV-00690-JES-CM

Plaintiff:
**Good Man Productions, Inc.,**

vs.

Defendant:
**Anton Brown,**

For:
M. Keith Lipscomb, Esq
Lipscomb, Eisenberg & Baker, PL

Miami, FL

Received by Executive Express Courier Services, LLC on the 21st day of April, 2015 at 2:45 pm to be served on **Anton Brown, 2886 22nd Avenue Southeast, Naples, FL 34117.**

I, Steven Scott Caro, do hereby affirm that on the **22nd day of April, 2015** at **7:07 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In a Civil Action and Amended Complaint - Action For Damages For Property Rights Infringement With Exhibits** with the date and hour of service endorsed thereon by me, to: **Anton Brown** at the address of: **2886 22nd Avenue Southeast, Naples, FL 34117**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____
**Steven Scott Caro**
205363

**Executive Express Courier Services, LLC**
**4460 NW 73 Ave**
**Miami, FL 33166**
**(305) 371-0292**

Our Job Serial Number: LJM-2015000486
Ref: 2015025237

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4x

