UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.                                                          Case No:   2:14-cv-690-FtM-29CM

ANTON BROWN,

    Defendant.

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time within which to Serve Initial Disclosures on Defendant (Doc. 32), filed on September 15, 2015. Plaintiff's motion seeks an extension of two (2) days, up to and including September 17, 2015, during which to serve its initial disclosures on Defendant.  The motion does not contain a certification pursuant to Middle District of Florida Local Rule 3.01(g), which requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion," and further provides that a statement to the effect that counsel for the moving party attempted to confer with the opposing party but counsel was unavailable is "insufficient to satisfy the parties' obligation to confer."  M.D. Fla. R. 3.01(g).  Defendant's *pro se* status does not relieve Plaintiff of its obligation to confer.

Because the motion does not state whether Defendant opposes the extension, the motion will be denied without prejudice, subject to refiling in accordance with the Local Rules.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Extension of Time within which to Serve Initial Disclosures on Defendant (Doc. 32) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of September, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record
*Pro se* party